IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SUAREZ-TORRES,<br><br>**Plaintiff**,<br><br>v.<br><br>BARGAIN CITY,<br><br>**Defendant**. | **Civil No**. 16-2295 (FAB) |

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 21), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 13, 2017.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE